# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| AVERY JACKSON, individually and on behalf of all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | No. 04-56-DRH |
| VAN KAMPEN SERIES FUND, INC. ) and VAN KAMPEN INVESTMENT ) ADVISORY CORP., ) ) | |
| Defendants. ) | |

## NOTICE OF APPEAL

Notice is hereby given that Van Kampen Series Fund, Inc. and Van Kampen Investment Advisory Corp., defendants in the above named case, hereby appeal to the United States Court of Appeals for the Seventh Circuit from the court's Order remanding this action entered on April 1, 2004.

Respectfully submitted,

VAN KAMPEN INVESTMENT
ADVISORY CORP.

/s/ Robert Y. Sperling
Robert Y. Sperling
David E. Koropp
Andrew M. Johnstone
Winston & Strawn LLP
35 West Wacker Drive
Chicago, Illinois  60601
(312) 558-5600

Jack Carey
23 South First Street
Belleville, Illinois  62220
(618) 234-2424
*Attorneys for Van Kampen*
*Investment Advisory Corp.*

2

        VAN KAMPEN SERIES FUND, INC.

        /s/ Charles F. Smith
        Charles F. Smith
        Lee P. Garner
        Rebecca M. Girsch
        Skadden, Arps, Slate, Meagher & Flom LLP
        333 West Wacker Drive
        Chicago, Illinois  60606
        (312) 407-0700
        *Attorneys for Van Kampen Series Fund, Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing pleading was served electronically via the Court's electronic filing system or alternatively via U.S. Mail on April 30, 2004, to the following counsel of record:

Stephen M. Tillery
Eugene Barash
Korein Tillery
10 Executive Woods Court
Swansea, IL  62226
e-mail: stillery@koreintillery.com,
ebarash@koreintillery.com

George A. Zelcs
Korein Tillery
Three First National Plaza
70 West Madison
Suite 660
Chicago, IL  60602
e-mail: gzelcs@koreintillery.com

Andrew S. Friedman
Bonnett, Fairbourn, Friedman & Balint, PC
2901 N. Central Ave.
Suite 1000
Phoenix, AZ  85012
e-mail: afriedman@bffb.com

*Attorneys for Plaintiff*

/s/John J. Tully, Jr.

CHI:1362595.1