IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

AVERY JACKSON, individually and
on behalf of all others similarly situated,

Plaintiffs,

vs.

VAN KAMPEN SERIES FUNDS, INC. and
VAN KAMPEN INVESTMENT ADVISORY CORP.,

Defendants.                                   Case No. 04-cv-56-DRH

### ORDER

**HERNDON, District Judge:**

Pursuant to the Seventh Circuit's Mandate (Doc. 43), as stated in *In re Mutual Fund Market-Timing Litigation*, **2006 WL 2935316, 2006 U.S. App. LEXIS 25660 (7th Cir. Oct. 16, 2006)**, whereby the Seventh Circuit vacated this Court's judgment dismissing the case with prejudice (Doc. 33), the Court hereby **REMANDS** the entire case[1] back to the Circuit Court of Madison County, Illinois.

**IT IS SO ORDERED.**

Signed this 29th day of November, 2006.

/s/      David  RHerndon
**United States District Judge**

---

[1] The Seventh Circuit assigned the following appeal numbers to this matter: 04-2162 and 05-2981.